# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————————

ATOS, LLC, dba RideMetric,
Appellant

v.

ALLSTATE INSURANCE COMPANY,
Cross-Appellant

———————————

23-1621, 23-1849

———————————

Appeal from the United States Patent Trial and Appeal Board, IPR2021-01449

———————————

# APPELLANT ATOS, LLC'S UNOPPOSED MOTION FOR A THIRTY (30) DAY EXTENSION OF TIME TO FILE ITS RESPONSE AND REPLY BRIEF

———————————

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

|  |  |
|---|---|
| **Case Number** | 23-1621; 23-1849 |
| **Short Case Caption** | ATOS, LLC v. Allstate Insurance Company |
| **Filing Party/Entity** | ATOS, LLC |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/30/23

Signature: s/ Reginald J. Hill

Name: Reginald J. Hill

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| ATOS, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

☐                                 ☐

| | | |
|---|---|---|
| Lisa M. Schoedel | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)    ☐  No    ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant ATOS, LLC ("Appellant") respectfully moves for a thirty (30) day extension of time to file its response and reply brief, to and including Friday, December 8, 2023. Appellant's response and reply brief is currently due on Wednesday, November 8, 2023. Counsel for Cross-Appellant has informed counsel for Appellant that Cross-Appellant does not oppose this motion.

As set forth in the accompanying declaration of counsel, there is good cause for the requested thirty (30) day extension of the time for Appellant to file its response and reply brief. Appellant's counsel's workload is currently high, and counsel has several competing deadlines in other litigation matters in which they are involved.

For these reasons, Appellant respectfully requests that the Court grant Appellant a thirty (30) day extension of time, to and including Friday, December 8, 2023 in which to file its response and reply brief.

Dated: 10/30/23

Respectfully submitted,

/s/ Reginald J. Hill

Reginald J. Hill
rhill@jenner.com
Jenner & Block LLP
353 N. Clark Street

1

Chicago, IL 60654-3456
Telephone: (312) 222-9350

Adam G. Unikowsky
1099 New York Ave. NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
***COUNSEL FOR***
***APPELLANT ATOS, LLC***

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

————————————

ATOS, LLC, dba RideMetric,
Appellant

v.

ALLSTATE INSURANCE COMPANY,
Cross-Appellant

————————————

23-1621, 23-1849

————————————

Appeal from the United States Patent Trial and Appeal Board, IPR 2021-01449

————————————

**DECLARATION OF REGINALD J. HILL IN SUPPORT OF APPELLANT ATOS, LLC'S UNOPPOSED MOTION FOR A THIRTY (30) DAY EXTENSION OF TIME TO FILE ITS RESPONSE AND REPLY BRIEF**

————————————

1.    I am a partner at Jenner & Block LLP and counsel to ATOS, LLC ("Appellant") in this appeal. I submit this declaration in support of Appellant's motion for a thirty (30) day extension of time within which to file its response and reply brief.

2.    Under the current briefing schedule, Appellant's response and reply brief is due on or before Wednesday November 8, 2023. Appellant respectfully requests that the briefing schedule be revised such that the deadline is extended by thirty (30) days. If Appellant's request is granted, its response and reply brief would be due Friday, December 8, 2023.

3.    There is good cause for the additional time requested herein. Appellant's counsel's workload is currently high, and counsel has several competing deadlines in other litigation matters in which they are involved.

4.    Further, Appellant's counsel has another appeal pending in this Court (Appeal No. 23-1619) in which the reply brief is currently due by November 27, 2023.

5.    In view of the above, counsel reasonably needs additional time to prepare the reply brief and to ensure the brief is properly reviewed before filing.

6.    Pursuant to Federal Circuit Rule 27(a)(2), counsel for Appellant conferred with counsel for Cross-Appellant regarding this motion. Counsel for Cross-Appellant has informed counsel for Appellant that Cross-Appellant does not

oppose this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/30/23                                Respectfully submitted,

                                               /s/ Reginald J. Hill
                                               Reginald J. Hill
                                               rhill@jenner.com
                                               Jenner & Block LLP
                                               353 N. Clark Street
                                               Chicago, IL 60654-3456
                                               Telephone: (312) 222-9350

                                               ***COUNSEL FOR***
                                               ***APPELLANT ATOS, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30 day of October, 2023, I filed the foregoing Appellant's Unopposed Motion for a Thirty (30) Day Extension of Time to File Its Response and Reply Brief with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: 10/30/23

Respectfully submitted,

/s/ Reginald J. Hill
Reginald J. Hill
rhill@jenner.com
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350

***COUNSEL FOR
APPELLANT ATOS, LLC***

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the length, typeface, and type-styles requirements of Federal Rules of Appellate Procedure 27 and 32. It is in 14-point Times New Roman font, and the motion contains 160 words.

Dated: 10/30/23                                   Respectfully submitted,

                                                  /s/ Reginald J. Hill
                                                  Reginald J. Hill
                                                  rhill@jenner.com
                                                  Jenner & Block LLP
                                                  353 N. Clark Street
                                                  Chicago, IL 60654-3456
                                                  Telephone: (312) 222-9350

                                                  *COUNSEL FOR*
                                                  *APPELLANT ATOS, LLC*